**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Damian Espinoza-Gonzalez,<br><br>Defendant. | No. CR-19-01092-002-TUC-JGZ (BGM)<br><br>**ORDER ON APPEAL AND ORDER OF DETENTION PENDING TRIAL** |

Pending before the Court is Government's Appeal of Magistrate Judge's Release Order. (Doc. 9.) The Court has conducted a de novo review and will grant the appeal.

Applying the four-factor test required in considering release decisions, the Court concludes that the Defendant poses a risk of nonappearance, and no condition or combination of conditions will reasonably assure his appearance as required. 18 U.S.C. § 3142(g). This offense involves the exportation of weapons from the United States into Mexico. It is a serious offense, and one which presents a danger to the community in Mexico--it is well known that these prohibited weapons are procured by those involved in criminal activity, usually drug trafficking, in Mexico. The weight of the evidence, the least important factor, favors the government; Defendant has admitted the elements of the offense. As to Defendant's personal characteristics, Defendant is a United States citizen, but he has little history in and few ties to the United States. He's never lived in the United States except for a short period, of unknown duration, when he attended high school. He has been married for 10 years to a Mexican citizen, and lives in Santa Cruz, Sonora,

Mexico, with his wife and their three children, ages five months, three years, and five years, who are citizens of Mexico. He also has a five-year-old son who is a United States citizen, but who also lives in Mexico with his mother. Defendant's parents, grandparents and siblings are citizens and residents of Mexico. Defendant states he has been employed in the United States and travels weekly for employment. However, the one job that has been identified is one from which Defendant has been terminated because of tardiness. Defendant related that he was unemployed for approximately two weeks prior to his arrest. His wife stated he was employed for three months prior to his arrest. Moreover, it appears that the recommended third-party custodian may not be present in the United States lawfully, which gives the Court some pause as to the stability of that placement.

The Court provided Defendant with an opportunity to provide additional information. None has been provided. Based on the existing record, the Court will order the Defendant detained.

IT IS THEREFORE ORDERED GRANTING the Appeal (Doc. 9) and Ordering Defendant detained.

Dated this 2nd day of July, 2019.

_____
Honorable Jennifer G. Zipps
United States District Judge